UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

FRANGIE ESPINAL, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

SHEPLERS, INC.,

        Defendant.

------------------------------------- x

No.: 1:24-cv-4756

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), FRANGIE ESPINAL, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, SHEPLERS, INC., with prejudice and without fees and costs.

Dated: New York, New York
       August 22, 2024

                                  **GOTTLIEB & ASSOCIATES PLLC**

                                  */s/Michael A. LaBollita, Esq.*

                                  Michael A. LaBollita, Esq., (ML-9985)
                                  150 East 18th Street, Suite PHR
                                  New York, NY 10003
                                  Phone: (212) 228-9795
                                  Fax: (212) 982-6284
                                  Michael@Gottlieb.legal

                                  *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge